In the Matter of the Estate of ISAAC MINDHEIM, Deceased.

SAMUEL J. MINDHEIM, as Executor of ISAAC MINDHEIM, Deceased, Respondent; HELENA R. MINDHEIM, Appellant.

Argued June 6, 1946; decided July 23, 1946.

*Peter L. F. Sabbatino, Thomas J. Todarelli* and *Nicholas H. Pinto* for appellant.

*Harry Goodman* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part; DYE, J.